UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

SUMMIT LOCATIONS, LLC and
HUNTINGTON OUTDOOR, LLC,                                                                    Plaintiffs,

v.                                                                            Civil Action No. 4:23-cv-75-DJH

CITY OF DAWSON SPRINGS, KENTUCKY
and AMIE THOMAS,                                                                            Defendants.

\* \* \* \* \*

## ORDER

Plaintiffs Summit Locations, LLC and Huntington Outdoor, LLC having filed a notice of voluntary dismissal without prejudice (Docket No. 9), no answer or motion for summary judgment having been filed by Defendants City of Dawson Springs, Kentucky and Amie Thomas, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.

June 23, 2023

*David J. Hale, Judge*
*United States District Court*

1